# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>SEBASTIAN PEREZ-GOMEZ<br><br>_Defendant_ | )<br>)<br>) Case No. 1:26-mj-__57__<br>)<br>) |

FILED
FEB 23 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __SEBASTIAN PEREZ-GOMEZ__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).

Date: 02/20/2026

_Issuing officer's signature_

City and state: Chattanooga, TN

Hon. Mike J. Dumitru, U.S. Magistrate Judge
_Printed name and title_

**Return**

This warrant was received on (date) __2/20/2026__, and the person was arrested on (date) __2/18/2026__
at (city and state) _____ .

Date: __2/20/2026__

_Arresting officer's signature_

G. David Nulley, Special Agent
_Printed name and title_